# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOWARD, | 1:12cv00487 LJO DLB PC |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CHANGE DEFENDANT'S NAME FROM G. GONZALES TO C. GONZALES |
| v. | |
| G. GONZALES, | |
| Defendant. | ORDER DIRECTING CLERK OF COURT TO RE-ISSUE MARCH 19, 2013, ORDER TO REFLECT CHANGE |

Plaintiff Timothy Howard ("Plaintiff"), is proceeding pro se and in forma pauperis in this civil rights action filed on March 30, 2012. On February 27, 2013, the Court issued an order finding service appropriate for Defendant G. Gonzales.

On March 15, 2013, Plaintiff submitted service documents accompanied by a request to change G. Gonzales to C. Gonzales. Plaintiff indicates that he wrote C. Gonzales in his complaint.

Accordingly, the Clerk of Court is DIRECTED to change Defendant's name from G. Gonzales to C. Gonzales. The Court is also DIRECTED to re-issue the March 19, 2013, Order Directing the United States Marshal to Serve, to reflect this change.

IT IS SO ORDERED.

Dated:  **March 19, 2013**         /s/ *Dennis L. Beck*
                              UNITED STATES MAGISTRATE JUDGE

1