# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOWARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G. GONZALES,<br><br>　　　　Defendant. | 1:12cv00487 LJO DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ORDER UNITED STATES MARSHAL TO SERVE DEFENDANT<br><br>(Document 18) |

Plaintiff Timothy Howard ("Plaintiff"), is proceeding pro se and in forma pauperis in this civil rights action filed on March 30, 2012.  On February 27, 2013, the Court issued an order finding service appropriate for Defendant C. Gonzales.

On February 4, 2014, Plaintiff filed a motion to order the United States Marshal to serve Defendant.  However, the Court ordered the United States Marshal to serve Defendant on March 29, 2013.  On February 7, 2014, the United States Marshal returned summons, indicating that Defendant was served on January 24, 2014.

Accordingly, Plaintiff's motion is DENIED AS MOOT.

IT IS SO ORDERED.

　　Dated:　**February 11, 2014**　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1