# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOWARD,<br><br>     Plaintiff,<br><br>  v.<br><br>G. GONZALES,<br><br>     Defendant. | 1:12cv00487 LJO DLB PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION REGARDING SERVICE (Document 22)<br><br>ORDER REQUIRING DEFENDANT GONZALES TO SHOW CAUSE WITHIN THIRTY DAYS WHY DEFAULT SHOULD NOT BE ENTERED AGAINST HIM<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY ON LITIGATION OFFICE AT CSATF AND ON CDCR LEGAL AFFAIRS |

Plaintiff Timothy Howard ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action filed on March 30, 2012. On February 27, 2013, the Court issued an order finding service appropriate for Defendant C. Gonzales.

On February 7, 2014, the United States Marshal returned summons, indicating that Defendant was personally served on January 24, 2014. A response was due on or before February 17, 2014. Fed. R. Civ. P. 12(a), 6(d). Defendant has not responded to the complaint or otherwise appeared in this action.

On May 1, 2014, Plaintiff filed a motion requesting that the Court order Defendant to answer the complaint. Plaintiff's motion is GRANTED IN PART, as the Court will issue an order to show cause rather than ordering Defendant to answer.

1

Accordingly, it is HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Defendant Gonzales shall show cause why default should not be entered against him;

2. To facilitate his ability to comply with this order, Defendant's obligation to respond to the complaint is extended thirty days from the date of service of this order; and

3. The Clerk's Office shall serve a courtesy copy of this order on the Litigation Office at the California Substance Abuse Treatment Facility and on the Legal Affairs Division of the California Department of Corrections and Rehabilitation.

IT IS SO ORDERED.

Dated: **May 8, 2014**            /s/ *Dennis L. Beck*
                                  UNITED STATES MAGISTRATE JUDGE