# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TIMOTHY HOWARD,

      Plaintiff,

  v.

G. GONZALES,

      Defendant.

1:12cv00487 LJO DLB PC

ORDER DISCHARGING ORDER TO SHOW CAUSE

(Document 23)

Plaintiff Timothy Howard ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action filed on March 30, 2012.  On February 27, 2013, the Court issued an order finding service appropriate for Defendant C. Gonzales.

On February 7, 2014, the United States Marshal returned summons, indicating that Defendant was personally served on January 24, 2014.  After Defendant failed to respond to the complaint, the Court issued an order to show cause why default should not be entered.

On May 23, 2014, Defendant responded to the order and filed an answer to the complaint. Defendant states that she was not aware of the action until May 14, 2014, and had not been served either personally or by mail.  GonzaleS Decl. ¶¶ 2-3.

Accordingly, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

   Dated:  __**May 23, 2014**__                 /s/ *Dennis L. Beck*
                                           UNITED STATES MAGISTRATE JUDGE

1