# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOWARD,<br><br>        Plaintiff,<br><br>  v.<br><br>G. GONZALES,<br><br>        Defendant. | 1:12cv00487 LJO DLB PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT<br>(Document 30)<br><br>ORDER DIRECTING CLERK TO FILE LODGED SECOND AMENDED COMPLAINT<br>(Document 31)<br><br>ORDER DIRECTING DEFENDANT TO RESPOND WITHIN FIFTEEN DAYS |

      Plaintiff Timothy Howard ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action filed on March 30, 2012. On February 27, 2013, the Court issued an order finding service appropriate for Defendant C. Gonzales.

      On May 23, 2014, Defendant filed an answer to the complaint.

      On May 27, 2014, the Court received a "Notice of Second Amended Complaint," along with a Second Amended Complaint. The Court construed the notice as a motion to file a second amended complaint, and because Defendant had answered, lodged the amendment. Defendant did not file an opposition.

      Plaintiff signed the motion on May 18, 2014, prior to the date that Defendant Gonzales filed her answer. Douglas v. Noelle, 567 F.3d 1103, 1107 (9th Cir. 2009) (applying mailbox rule to section 1983 actions). Accordingly, Plaintiff is entitled to amend once as a matter of right. Fed. R. Civ. P. 15(a)(1).

1

1    Plaintiff's motion is therefore GRANTED and the Clerk of Court is DIRECTED to file
2 Plaintiff's second amended complaint (Document 31).
3    Within fifteen days of the date of service of this order, Defendant SHALL either file an
4 amended answer or notify the Court of her willingness to stand on the May 22, 2014, answer.

IT IS SO ORDERED.

Dated:   **June 27, 2014**                              /s/ Dennis L. Beck
                                                UNITED STATES MAGISTRATE JUDGE