# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOWARD,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>G. GONZALES,<br><br>　　　　　Defendant. | 1:12cv00487 LJO DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO VACATE WRIT<br>(Document 63)<br><br>ORDER RESCHEDULING EVIDENTIARY HEARING<br><br>Date:  May 11, 2015<br>Time:  10:00 a.m.<br>The Honorable Dennis L. Beck, Courtroom 6 |

　　　　Plaintiff Timothy Howard ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on March 30, 2012.  He filed a First Amended Complaint on June 27, 2014.

　　　　The Court set an evidentiary hearing to determine an exhaustion issue for April 15, 2015, at 10:00 a.m.

　　　　On March 16, 2015, Plaintiff filed a motion to vacate the writ, explaining that in a settlement demand in another action, he offered to dismiss this action.  A settlement conference in Howard v. Wang, 1:10-cv-01783 DLB, is set for April 2, 2015.  Plaintiff therefore believes that the evidentiary hearing in this action should be rescheduled pending the outcome of the settlement discussions.

1

Plaintiff's motion is GRANTED IN PART.  While the Court will not vacate the writ at this time, it will reschedule the hearing for May 11, 2015, at 10:00 a.m., in Courtroom 6, Seventh Floor of the United States Courthouse in Fresno, California.  The Court will issue an amended writ by separate order.

The hearing will commence and be completed that afternoon, and will be limited to the issue of whether Plaintiff's January 8, 2010, appeal exhausted his retaliation claim.

IT IS SO ORDERED.

Dated:   **March 19, 2015**                           /s/ *Dennis L. Beck*
                                                                           UNITED STATES MAGISTRATE JUDGE