# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOWARD,<br><br>        Plaintiff,<br><br>   vs.<br><br>G. GONZALES,<br><br>        Defendant. | 1:12cv00487 LJO DLB PC<br><br>ORDER VACATING AMENDED WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(Document 65) |

      Plaintiff Timothy Howard ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on March 30, 2012.

      This action settled on April 2, 2015. All dates, including the May 11, 2015, evidentiary hearing, have been vacated.

      Accordingly, the Court VACATES the amended writ of habeas corpus ad testificandum, issued on March 19, 2015. Plaintiff's presence is no longer required.

IT IS SO ORDERED.

    Dated: __**April 7, 2015**__                                           /s/ *Dennis L. Beck*
                                                                     UNITED STATES MAGISTRATE JUDGE