# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOWARD,<br><br>                    Plaintiff,<br><br>          vs.<br><br>G. GONZALES,<br><br>                    Defendant. | )  1:12cv00487 LJO DLB PC<br>)<br>)  ORDER GRANTING STIPULATION<br>)  TO DISMISS AND DISMISSING<br>)  ACTION WITH PREJUDICE<br>)<br>)  (Document 69)<br>)<br>)<br>)<br>) |

    Plaintiff Timothy Howard ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on March 30, 2012.  The action settled on April 2, 2015.

    On May 1, 2015, the parties filed a stipulation to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, this action is DISMISSED WITH PREJUDICE.  Each party shall bear its own litigation costs and attorney's fees.

IT IS SO ORDERED.

    Dated:  __May 4, 2015__                              ____/s/ Lawrence J. O'Neill__
                                                UNITED STATES DISTRICT JUDGE